**Weining Huang**
520 Pine Ave
Sunnyvale, CA 95112
09/17/2024

**Honorable Michael W. Fitzgerald**

United States District Court

Central District of California
350 West First Street
Los Angeles, CA 90012

Dear Judge Fitzgerald,

I want to start by saying how deeply sorry I am for the choices I made. Looking back, I've had a lot of time to reflect, and I now see just how much I hurt not only myself but also those who trusted me. My actions went against something I've always valued—integrity. I take full responsibility for what I did, and I'm not here to make excuses.

When I altered records to achieve results, I stepped away from the path of integrity. At the time, I convinced myself that I was doing it for my client's benefit, but now I realize that was just a way to justify my actions. What I did wasn't just a mistake—it was a breach of trust, not only with the people and institutions involved but also with the values that hold our society together. I regret deeply that I compromised my integrity, and I know the harm that caused.

Over the years, I've asked myself many times how I could have made such poor decisions. I've thought about where it all began, and I've come to understand the pressures and challenges that led me to justify something I now know was completely wrong.

I grew up in a small town in Hezhou, China, where my family struggled financially. My parents worked tirelessly to support me, and from a young age, I felt this overwhelming responsibility to help them. When I was studying at East Los Angeles College, they were working 12-hour shifts in a clothing factory, earning just $49 a day. The language barrier kept them stuck in low-paying jobs, and seeing their exhaustion tore me apart. They always told me to focus on my studies, but I couldn't shake the guilt of seeing them work so hard while I felt like I wasn't doing enough.

As a first-generation immigrant, the cultural and language barriers made life tough, and I became desperate to improve my family's financial situation. In my frustration, I made a rash decision to drop out of school, thinking I could find a quicker way to make money. But instead of facing my challenges the right way, I took shortcuts and made reckless choices. I got involved with the wrong people, and I deeply regret the decisions I made.

Looking back now, it's hard to believe that I convinced myself those actions were okay. Deep down, I always knew they weren't. I lived with that guilt and fear for years, constantly trying to escape the truth of what I had done. But then, something changed my life forever—I met Mia.

Mia is one of the most honest and principled people I know. She saw past the defenses I had built up and encouraged me to face my past instead of running from it. With her support, I found the courage to confront my mistakes and start taking responsibility for them. Most importantly, she helped me reconnect with the values I had lost—especially integrity.

With Mia by my side, I've started a new chapter in my life, one grounded in honesty, hard work, and, above all, integrity. We've rebuilt everything from scratch, making sure to uphold these values every step of the way. It hasn't been easy, but it's been worth it. I've learned that living with integrity is about more than avoiding shortcuts—it's about doing what's right, even when it's hard. It's allowed me to rebuild not just my future, but my self-respect as well.

I know I can't undo the past, and I understand that regaining trust will take time. But I am fully committed to living with integrity from here on out and proving through my actions that I have truly changed. I believe that by staying true to these principles, I can rebuild trust and eventually live a life I can be proud of.

Thank you for taking the time to read my story. I hope that, in time, my actions will show that I'm committed to living with integrity and making things right.

Sincerely,

*Weining Huang*